■ In the Matter of DENISE J. GOODWIN, Appellant, v TERRY C. GOODWIN, Respondent. [600 NYS2d 660] —Order unanimously reversed on the law without costs and matter remitted to Niagara County Family Court for further proceedings in accordance with the following Memorandum: Family Court erred in its summary resolution of the custody issue in this case. Before the issue of permanent custody is determined, a full and comprehensive hearing should be held to resolve the fundamental issue of the best interests of the children (Wodka v Wodka, 168 AD2d 1000; Ideman v Ideman, 168 AD2d 1001).

Accordingly, we remit the matter for a hearing to resolve the issue of custody based on the best interests of the children (Matter of Blake v Blake, 106 AD2d 916). This decision is not to be construed as an indication of which party should be

awarded custody. The court should make specific findings of fact with regard to the issue of custody *(see, Mosesku v Mosesku,* 108 AD2d 795, 796). Temporary custody is to be continued with the father pending the determination of permanent custody *(see, Ideman v Ideman, supra,* at 1002). (Appeal from Order of Niagara County Family Court, Halpin, J.—Custody.) Present—Callahan, J. P., Green, Pine, Fallon and Davis, JJ.